UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | 11-CR-1032-74 (PAE) |
| -v- | ORDER |
| ANDY CIPRIAN, | |
| Defendant. | |

PAUL A. ENGELMAYER, District Judge:

The Court has received a *pro se* motion from Andy Ciprian, Dkt. 2560, which the Court treats as a motion for compassionate release. The Court reappoints Mr. Ciprian's most recent trial counsel, Kenneth J. Montgomery, Esq., for the purpose of submitting a letter memorandum in support of Mr. Ciprian's motion. That memorandum is due by January 20, 2021. The Government's response is due by January 27, 2021.

As Mr. Montgomery does not appear to be receiving ECF notifications for this matter, the Court is emailing this order today to Mr. Montgomery, and asks Mr. Montgomery promptly to file a notice of appearance.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: December 30, 2020
       New York, New York