UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

v.

Andy Ciprian,

                *Defendant.*

**ORDER**

11 Cr. 1032 (PAE)

**IT IS HEREBY ORDERED**, that:

1. The defendant's prison sentence be reduced to time served;

2. The Warden of F.C.I. McKean shall, on February 12, 2021, between 8:00 a.m. and 12:00 p.m., release from custody the person of defendant Andy Ciprian;

3. Defendant Andy Ciprian shall reside at a halfway house (the Program), approved by the United States Department of Probation (Probation) for a period of 6 months following his release, specifically, the Bronx Community Reentry Center;

4. For that 6-month period, and for the remainder of his term of supervised release, defendant Andy Ciprian shall abide by all the terms and conditions of supervised release that were previously imposed on him and are memorialized in his Judgment of Conviction;

5. Upon release from F.C.I. McKean, Andy Ciprian shall proceed immediately to the Bronx Community Reentry Center, where he shall reside during his term of 6 months of halfway house placement;

6. Defendant Andy Ciprian shall remain in quarantine at the Bronx Community Reentry Center from the date of his release through February 15, 2021;

7. Andy Ciprian must notify Probation upon his arrival at the Program, and is directed to follow the instructions of the assigned probation officer, as well as the conditions of supervised release imposed at the time of his sentence.

SO ORDERED

*Paul A. Engelmayer*
Hon. Paul A. Engelmayer
United States District Judge

Dated: February 9, 2021
New York, New York

2