UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    -v-<br><br>ANDY CIPRIAN,<br><br>                              Defendant. | 11 Cr. 1032-74 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received the attached letter from defendant Andy Ciprian, regarding his then-pending motion for compassionate release. The Court has resolved that motion, granting Ciprian compassionate release, and so treats the letter as moot.

SO ORDERED.

                                                                                      *Paul A. Engelmayer*
                                                                                      PAUL A. ENGELMAYER
                                                                                      United States District Judge

Dated: February 18, 2021
           New York, New York

12/16/20

Dear Honorable Judge Paul A. Engelmayer,

It is my hope that upon receipt of this letter that you find yourself in good health and high spirits. I am writing you this letter because I have caused to be submitted a motion relative to the Covid-19 pandemic. People are dying in prison and all over the world. It is my belief that I qualify for house arrest for the remainder of my time. My release date is August 13, 2021 and I may be leaving much sooner than that with my Halfway house date being march 16, 2021.

I am Requesting that your Honor grant this motion as a result of this pandemic and the unique and uncertain factors that it has presented to the prison experience.

It is my hope to make it home much sooner, so that I may help my mother out in whatever way that a son may be of assistance to his mother. She works as a waitress but hasn't been able to work most of the time as a Result of how things are currently functioning out there in this post Covid world. I know that she is having trouble keeping up with the bills, and this is so even with the help of my little sister. Your Honor, they are barely getting by. My sister gave birth to my little niece on the day that I went before Your Honor for resentencing on Jan. 30th, 2020. With that said, my little sister barely has enough

money to help out with the bills because she now has a new born to take care of.

I would love to secure employment so that I may help, for it would break my heart to hear that they have been evicted as a result of unpaid bills.

In the time that I have spent in prison I've taken plenty of programs, including an English 101 college course in order to better myself. It is my firm belief that I can be a productive citizen upon my release. In these past years I've had plenty of time to reflect on myself and my past. I have also had time to think about my future, my short comings, and what I have to do in order to continue to better myself. I have matured tremendously since the date of my arrest and sentencing. I was a very young man when I was brought before your Honor in December of 2012. Now, I am a much more mature man with positive aspirations and a good head on my shoulders. I also have a very supportive girlfriend that's waiting on me so that we can one day start our own family, and together strive to apply our own ideas in order to construct a brighter future, GOD willing.

In Sum, I just want a chance to be out there to help my loved ones, as soon as possible, who I know really need me right now more than ever.

Respectfully Submitted,
Andy Ciprian.

Federal Correctional Institution McKean
Name: Andy Ciprian
Reg. #: 67727-054
P.O. Box 8000
Bradford, PA 16701

ROCHESTER NY 144
17 DEC 2020 PM 2 L

The Honorable Paul A. Engelmayer
40 Foley Square
New York, NY 10007

